IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Charles Edward Wood, II, | § | Case 26ap05012-mmp |
| | § | Chapter: 13 |
| | § | Lead Case : 20-50037 |
| Debtor. | § | |
| | § | |

### JOINT, AGREED STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING

TO THE HONORABLE MICHAEL PARKER:

NewRez LLC d/b/a Shellpoint Mortgage Servicing (the "Secured Creditor"), and Charles Edward Wood, II (the "Debtor"), hereby stipulate that Secured Creditor's deadline for filing a responsive pleading to Debtor's Original Complaint is hereby extended to June 22, 2026

Respectfully submitted,

/s/ Amy Elizabeth Clark-Downing
Amy Elizabeth Clark-Downing
TX Bar 24043761
Ciment Law Firm
221 Bella Katy Drive
Katy, TX 77494
(833) 663-3289
amy@cimentlawfirm.com

/s/ Toni Townsend
Toni Townsend
TX Bar 24106812
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
(312) 476-5174
Toni.townsend@mccalla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 04/24/2026 a true and correct copy of the foregoing was served by U.S. Mail, First Class to:


Charles Edward Wood, II
127 Bright Trail
San Antonio, TX 78253

and those parties receiving CM/ECF service

Daniel J. Ciment
Ciment Law Firm, PLLC
221 Bella Katy Drive
Katy, TX 77494

Mary K Viegelahn, Chapter 13 Trustee
10500 Heritage Blvd, Suite 201
San Antonio, TX 78216


By: */s/ Toni Townsend*
Toni Townsend, Esq.