# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

Bankruptcy Case No.: 20–50037–mmp

Chapter No.: 13

IN RE: **Charles Edward Wood, II and Jennifer Lynn Hanna** , Debtor(s)

Adversary Proceeding No.: 26–05012–mmp

Judge: Michael M Parker

**Charles Edward Wood II**
Plaintiff

v.

**NewRez LLC dba Shellpoint Mortgage Servicing**
Defendant

## ORDER TO PERFECT SERVICE

It appearing to the Court that Plaintiff(s) has failed to comply with the provision of Bankruptcy Rule 7004, **IT IS THEREFORE ORDERED** that counsel for the Plaintiff(s) obtain service of process on the following Defendant(s) in this case within thirty (30) days from entry of this order:

NewRez LLC dba Shellpoint Mortgage Servicing

Failure to do so will result in dismissal for want of prosecution.

Dated:  4/24/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

**[Perfect Service Order (AP)]** [OpsAPap]

United States Bankruptcy Court

Western District of Texas

Wood, II,

     Plaintiff

Adv. Proc. No. 26-05012-mmp

NewRez LLC dba Shellpoint Mortgage Servi,

     Defendant

# CERTIFICATE OF NOTICE

| District/off: 0542-5 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 24, 2026 | Form ID: 190 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | + Email/Text: documents@sach13.com | | |
| | | Apr 24 2026 23:27:00 | Mary K. Viegelahan, Chapter 13 Trustee, 10500 Heritage Blvd, Ste. 201, San Antonio, TX 78216-3631 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Elizabeth Clark-Downing | |
| | on behalf of Plaintiff Charles Edward Wood  II amy@cimentlawfirm.com, cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |

TOTAL: 1