# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

Bankruptcy Case No.: 20−50037−mmp

Chapter No.: 13

IN RE: **Charles Edward Wood, II and Jennifer Lynn Hanna** , Debtor(s)

Adversary Proceeding No.: 26−05012−mmp

Judge: Michael M Parker

**Charles Edward Wood II**

Plaintiff

v.

**NewRez LLC dba Shellpoint Mortgage Servicing**

Defendant

### ORDER REQUIRING STATEMENT REGARDING CONSENT

The Court, having considered the guidance from the United States Supreme Court in *Wellness Int'l Network v. Sharif (In re Sharif)*, 575 U.S. 665, 685 n.13 (2015), finds that the following Order should be entered.

IT IS ORDERED *AND NOTICE IS HEREBY GIVEN* AS FOLLOWS:

1. Within 21 days after the date of entry of this Order, each party in this adversary proceeding shall file and serve a "Statement Regarding Consent."

2. In such Statement Regarding Consent, each party shall expressly state that the party consents to entry of final orders and a final judgment by the Court (an Article I bankruptcy judge) in this adversary proceeding, OR, that the party does not consent to entry of final orders and a final judgment by the Court (an Article I bankruptcy judge) in this adversary proceeding.

3. If any party is added to, joined, or served in this adversary proceeding after the entry of this Order, such additional party shall file and serve a separate Statement Regarding Consent at the same time as the first pleading is filed by such additional party.

4. Nothing contained in this Order shall constitute a finding or determination by the Court that consent of the parties is required for the Court to enter final orders and a final judgment in this adversary proceeding.

Dated:  6/18/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court
BY: Brdget Hardage

**[Statement Regarding Consent Order (AP)]** [OstmcAPap]

United States Bankruptcy Court

Western District of Texas

Wood, II,

     Plaintiff

NewRez LLC dba Shellpoint Mortgage Servi,

     Defendant

Adv. Proc. No. 26-05012-mmp

# CERTIFICATE OF NOTICE

| District/off: 0542-5 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 18, 2026 | Form ID: 266 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Charles Edward Wood, II, 127 Bright Trail, San Antonio, TX 78253-5282 |
| dft | + | NewRez LLC dba Shellpoint Mortgage Servicing, 75 Beattie Place, Suite LL202, Greenville, SC 29601-2155 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: documents@sach13.com | Jun 18 2026 23:21:00 | Mary K. Viegelahan, Chapter 13 Trustee, 10500 Heritage Blvd, Ste. 201, San Antonio, TX 78216-3631 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Elizabeth Clark-Downing | on behalf of Plaintiff Charles Edward Wood II amy@cimentlawfirm.com, cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Jon J Lieberman | on behalf of Defendant NewRez LLC dba Shellpoint Mortgage Servicing jon.lieberman@mccalla.com |
| Toni Townsend | |

District/off: 0542-5
User: admin
Page 2 of 2

Date Rcvd: Jun 18, 2026
Form ID: 266
Total Noticed: 3

on behalf of Defendant NewRez LLC dba Shellpoint Mortgage Servicing toni.townsend@mccalla.com mccallaecf@ecf.courtdrive.com

TOTAL: 3