**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO**

| | | |
|---|---|---|
| In re:<br>Charles Edward Wood, II and<br>Jennifer Lynn Hanna<br>Debtors. | )<br>)<br>)<br>) | CASE NO. 20-50037<br><br>Chapter 13 Proceedings |
| Charles Edward Wood, II<br><br>vs.<br><br>NewRez LLC, DBA Shellpoint<br>Mortgage Servicing | )<br>)<br>)<br>)<br>)<br>)<br>) | ADV. CASE NO. 26-05012-mmp<br><br>Judge Michael M Parker |

**JOINT, AGREED STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES**

TO THE HONORABLE MICHAEL PARKER:

NewRez LLC d/b/a Shellpoint Mortgage Servicing (the "Defendant"), and Charles Edward Wood, II (the "Plaintiff") continue to discuss the facts and issues of the case. Computer access and e-mail problems have delayed matters. While the parties have not yet made headway with potential settlement, the parties believe that a brief extension of time would assist their efforts. The parties therefore stipulate to the following extension of deadlines:

1. The discovery deadline is extended through and including October 19, 2026. The deadline to respond to the written discovery requests that have been served prior to September 10, 2026 is extended through and including October 5, 2026. The written discovery requests that have been served prior to September 10, 2026 are all considered to have been served timely.
2. The dispositive motion deadline is extended to October 26, 2026, the same day that the pre-trial order is due.

Respectfutlly submitted,

*/s/ Jon Lieberman*
Jon Lieberman
Bar# 0058394
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
(513) 538-2252
jon.lieberman@mccalla.com

*/s/ Amy Elizabeth Clark-Downing*
Amy Elizabeth Clark-Downing
TX Bar 24043761
Ciment Law Firm
221 Bella Katy Drive
Katy, TX 77494
(833) 663-3289
amy@cimentlawfirm.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 10, 2026 a true and correct copy of the foregoing was served by U.S. Mail, First Class to:

Charles Edward Wood, II
127 Bright Trail
San Antonio, TX 78253

and those parties receiving CM/ECF service

Amy Elizabeth Clark-Downing
Ciment Law Firm, PLLC
221 Bella Katy Drive
Katy, TX 77494

Mary K Viegelahn, Chapter 13 Trustee
10500 Heritage Blvd, Suite 201
San Antonio, TX 78216

By: */s/ Jon Lieberman*
Jon Lieberman, Esq.