IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>Charles Edward Wood, II and<br>Jennifer Lynn Hanna<br>Debtors | )<br>)<br>)<br>)<br>)<br>) | Bankruptcy case no.: 20-50037-mmp<br><br>Chapter No.: 13 |
| Charles Edward Wood, II<br>Plaintiff<br>v.<br><br>Newrez LLC dba Shellpoint Mortgage Servicing<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary case no.: 26−05012-mmp<br><br>Judge: Michael M Parker |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Matthew W. Lindsey hereby enters his appearance in this adversary as additional counsel for Newrez LLC d/b/a Shellpoint Mortgage Servicing pursuant to Federal Rule of Bankruptcy Procedure 9010(b), and respectfully requests all notices, documents, or other communications filed in or concerning this adversary be provided to or served upon the undersigned at the following address:

Matthew W. Lindsey
HINSHAW & CULBERTSON LLP
500 N Akard Street, Suite 2200
Dallas, Texas 75201
Telephone: (945) 229-6390
Facsimile: (312) 704-3001
mlindsey@hinshawlaw.com

Date: October 22, 2026

Respectfully submitted,

*/s/ Matthew W. Lindsey*

C. Charles Townsend, SBN: 24028053
ctownsend@hinshawlaw.com
Matthew W. Lindsey, SBN: 24071893
mlindsey@hinshawlaw.com
HINSHAW & CULBERTSON LLP
1717 Main Street, Suite 3625
Dallas, Texas 75201
Telephone: (945) 229-6390
Facsimile: (312) 704-3001

**ATTORNEYS FOR DEFENDANT NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING**