IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| CHARLES EDWARD WOOD, II AND JENNIFER LYNN HANNA DEBTORS, | § § § | CASE NO. 20-50037-MMP |
| | § § § § § | |
| CHARLES EDWARD WOOD, II PLAINTIFF | § § | ADVERSARY CASE NO. 26-05012-MMP |
| | § | JUDGE: MICHAEL M PARKER |
| V. | § | |
| | § | |
| NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING DEFENDANT | § § § | |

**NOTICE OF WITHDRAWAL AS COUNSEL**

PLEASE TAKE NOTICE that Toni Townsend hereby WITHDRAWS as counsel for NewRez LLC d/b/a Shellpoint Mortgage Servicing adversary case 26-05012-mmp. Notices, documents, or other communications for Newrez LLC d/b/a Shellpoint Mortgage Servicing should be sent to their attorney of record at: HINSHAW & CULBERTSON LLP 500 N Akard Street, Suite 2200 Dallas, Texas 75201.

By: *<u>/s/Toni Townsend</u>*
Toni Townsend (Bar No. 24106812)
McCalla Raymer Leibert Pierce, LLP
Attorney for Creditor
1544 Old Alabama Road
Roswell, GA 30076
Phone: (312) 476-5174
Facsimile: (312) 346-6146
Email: Toni.Townsend@McCalla.com

ADVERSARY CASE NO. 26-05012-MMP

CHAPTER 13

CERTIFICATE OF SERVICE

I, Toni Townsend, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Rd, Roswell, GA 30076, certify:

That on the date below, I served a copy of the NOTICE OF WITHDRAWAL OF COUNSEL filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, postage prepaid, unless another manner of service is expressly indicated:

Charles Edward Wood, II,
127 Bright Trail
San Antonio, TX 78253

Amy Elizabeth Clark-Downing *(served via ECF notification)*
Ciment Law Firm
221 Bella Katy Dr.
Katy, TX 77494-6821

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: October 22, 2026 By: */s/Toni Townsend*
(date) Jon Lieberman TEXAS BAR NO. 24106812