IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>Charles Edward Wood, II and<br>Jennifer Lynn Hanna<br>Debtors | )<br>)<br>)<br>)<br>)<br>) | Bankruptcy case no.: 20-50037-mmp<br><br>Chapter No.: 13 |
| Charles Edward Wood, II<br>Plaintiff<br>v.<br><br>Newrez LLC dba Shellpoint Mortgage Servicing<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary case no.: 26−05012-mmp<br><br>Judge: Michael M Parker |

**CERTIFICATE OF SERVICE**

Pursuant to the court's docket text entry dated October 27, 2026 stating "Matthew Lindsey shall be responsible for notice to parties" regarding the reset docket call, the undersigned certifies he sent counsel for plaintiff Charles Edward Wood, II a copy of the agreed amended scheduling order [ECF 21], noting it moved the in-person docket call from November 2 to February 1, 2027, via email on October 27, 2026.

Date: October 28, 2026

Respectfully submitted,

*/s/ Matthew W. Lindsey*

C. Charles Townsend, SBN: 24028053
ctownsend@hinshawlaw.com
Matthew W. Lindsey, SBN: 24071893
mlindsey@hinshawlaw.com
HINSHAW & CULBERTSON LLP
500 N Akard Street, Suite 2200
Dallas, Texas 75201
Telephone: (945) 229-6390
Facsimile: (312) 704-3001

**ATTORNEYS FOR DEFENDANT NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING**

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2026, a true and correct copy of the foregoing was served as follows:

**VIA CM/ECF SYSTEM**
Amy Clark
Ciment Law Firm, PLLC
221 Bella Katy Drive
Katy, Texas 77494

*/s/ Matthew W. Lindsey*
Matthew W. Lindsey